UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
HOBBS, BRYANT  §  Case No. 11-49934
WELLS-HOBBS, MONIQUE  §
        §
        Debtor(s)  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
         CLERK OF THE COURT
         219 S. Dearborn
         Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/06/2012 in Courtroom 201,
         Will County Court Annex Building
         57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/31/2012         By: /s/ Michael G. Berland
                                                         Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
HOBBS, BRYANT § Case No. 11-49934
WELLS-HOBBS, MONIQUE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,204.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 9,204.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,670.40 | $ 0.00 | $ 1,670.40 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,670.40 |
| Remaining Balance | | $ | 7,533.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,854.82 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Department Of Treasury Internal Revenue Service | $ 4,854.82 | $ 0.00 | $ 4,854.82 |
| | Total to be paid to priority creditors | | | $ 4,854.82 |
| | Remaining Balance | | | $ 2,678.78 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,076.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Citibank - Citi-Sears) 294 Union St. Hackensack, NJ 07601 | $ 6,240.73 | $ 0.00 | $ 222.67 |
| 000002 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philledalphoa, PA 19101-7346 | $ 47,859.46 | $ 0.00 | $ 1,707.65 |
| 000003 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 696.48 | $ 0.00 | $ 24.85 |
| 000004 | Gerry Bumma Law Offices Of M.H. Cohon P.O. Box 636 Morton Grove, IL 60053 | $ 20,280.04 | $ 0.00 | $ 723.61 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,678.78 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-49934-BWB
Bryant Hobbs                                                    Chapter 7
Monique Wells-Hobbs
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mrahmoun              Page 1 of 3              Date Rcvd: Jun 01, 2012
                               Form ID: pdf006             Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2012.
db/jdb       +Bryant Hobbs, Monique Wells-Hobbs, 7608 Oakshire Court, Plainfield, IL 60586-4141
18248346     +American Revenue, 101 W 84th Drive, Ste D, Merrillville, IN 46410-6684
18248342     +Arnold Harris/Harris & Harris, 222 Merchandise Mart Plaza, Suite 1900,
               Chicago, Illinois 60654-1421
18387719     +Atlas Acquisitions LLC (Citibank - Citi-Sears), 294 Union St., Hackensack, NJ 07601-4303
18251297     +Bruce M. Wamboldt, c/o Gerry Bumma, 6210 Lincoln Avenue, Morton Grove, Illinois 60053-2851
18248331     +CB USA INC, 5252 S. Hohman Ave., Hammond, IN 46320-1723
18248314     +CarMax Auto Finance, 2040 Thalbro St., Richmond, VA 23230-3200
18438150     +CarMax Auto Finance, 225 Chastain Meadows Court, Kennesaw, GA 30144-5942
18248349      Certegy Check Services, Inc., P.O. Box 30046, Tampa, FL 33630-3046
18248315     +Chase Mortgage, 10790 Ranchero Berna, San Diego, CA 92127-5705
18248344     +Collection Services Inc/Global Pay, 6215 W. Howard Street, Niles, IL 60714-3403
18248329     +Contract Callers, Inc., Attn: Bankruptcy & Collections, 1058 Claussen Rd, Suite 110,
               Augusta, GA 30907-0301
18248330     +Credit Management LP, 4200 International Pkwy, Carrollton, TX 75007-1912
18248327     +Custom Coll. Srvs. Inc., 55 E. 86th Ave., STE D, Merrillville, IN 46410-6265
18248332      Dependon Collection, 7627 Lake St Ste 210, River Forest, IL 60305-1878
18248356     +Dependon Collection SE, PO Box 4833, Oak Brook, IL 60522-4833
18248313     +Federal Credit Union, 1 North Buchanan, Gary, IN 46402-1060
18248318     +Fidelity Information C, PO Box 49938, Los Angeles, CA 90049-0938
18281493     +Gerry Bumma, Law Offices Of M.H. Cohon, P.O. Box 636, Morton Grove, IL 60053-0636
18248339     +Greentree & Associates, P.O. Box 3417, Escondido, CA 92033-3417
18248357     +Halvey & Associates, 1015 E. Center Street, Warsaw, IN 46580-3420
18248341     +Helvey & Associates, Inc., 1029 E. Center Street, Warsaw, IN 46580-3420
18438149     +IKeysha Clincy, 9327 South Woodlawn Ave., Chicago, IL 60619-8013
18248352      Illinois Department of Revenue, Bankruptcy Section, P.O. Box 64338, Chicago, IL 60664-0338
18248350     +Jose Minolta, 854 Yorkshire Ln, Lawerenceville, GA 30044-3413
18248338     +Komyatte Assoc., 9650 Gordon Drive, Highland, IN 46322-2980
18248319     +Mansards, 12304 Baltimore Ave., Ste E, Beltsville, MD 20705-1314
18248353     +Midstate Collection, P.O. Box 3292, Champaign, IL 61826-3292
18248322     +MiraMed Global Services, Inc., Attn: Bankruptcy & Collections, 255 West Michigan Avenue,
               Jackson, MI 49201-2218
18248316      NCO FIN/55, P.O. Box 13570, Philledelphia, PA 19101
18248336     +Portfolio Recvry & Affil, 120 Corporate Blvd., Ste 1, Norfolk, VA 23502-4962
18248340     +RMI/MCSI, 3348 Ridge Rd, Lansing, IL 60438-3112
18248337     +Receivables Performance, 20816 44th Ave W, Lynnwood, WA 98036-7744
18248347     +Reliant Cap, 750 Cross Pointe R, Suite G, Gahanna, OH 43230-6692
18248311      Santander Consumer USA, Inc., Attn: Bankruptcy Department, P.O. Box 560284,
               Dallas, TX 75356-0284
18438151     +Santander Consumer USA., d/b/a Drive Financial, Bankruptcy Department, 8585 N. Stemmons Fwy,
               Ste. 1100-N, Dallas, TX 75247-3822
18248335     +Sprint, 404 Brock Dr., P.O. Box 3097, Bloomington, IL 61702-3097
18248326     +State Collection Service, 2509 S. Stoughton Rd., Madison, WI 53716-3314
18248348     +Torres Credit, 27 Fairview, Carlisle, PA 17015-3200
18248345     +Trident Asset Management, 5755 Northpoint Pkwy Ste, Alpharetta, GA 30022-1142
18248325     +Trust Rec. Sv., 541 Otis Bowen Drive, Munster, IN 46321-4158
18248312      US FED CU, 8440 Broadway, Merrilville, IN 46410
18248355     ++VON MAUR INC, 6565 BRADY STREET, DAVENPORT IA 52806-2054
              (address filed with court: Von Maur, 6565 Brady, Davenport, IA 52806)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18379916     +E-mail/Text: bnc@atlasacq.com Jun 02 2012 05:49:09      Atlas Acquisitions LLC, 294 Union St.,
               Hackensack, NJ 07601-4303, Attn: Avi Schild
18248351      E-mail/Text: cio.bncmail@irs.gov Jun 02 2012 02:30:11     Department of the Treasury,
               Internal Revenue Service, P.O. Box 7346, Philledalphoa, PA 19101-7346
18248334     +E-mail/Text: bknotice@erccollections.com Jun 02 2012 06:58:24      Enhanced Recovery Co.,
               8014 Bayberry Rd., Jacksonville, FL 32256-7412
18248321     +E-mail/Text: Bankruptcy@icsystem.com Jun 02 2012 06:56:32     I C System Inc., P.O. Box 64378,
               St. Paul, MN 55164-0378
18248320     +E-mail/Text: ebnsterling@weltman.com Jun 02 2012 04:14:22     JB Robinson, 375 Ghent Road,
               Fairlawn, OH 44333-4601
18248323     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 02 2012 04:35:31     Midland Credit Management,
               8875 Aero Dr., San Diego, CA 92123-2255
18248333     +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 02 2012 07:19:33      NCO Financial Systems Inc,
               507 Prudential Road, Horsham, PA 19044-2368
18248343     +E-mail/Text: BK@nationalcreditsolutions.net Jun 02 2012 05:48:29      National Credit Solution,
               P.O. Box 15779, Oklahoma City, OK 73155-5779
18248317     +E-mail/Text: bankrup@nicor.com Jun 02 2012 03:55:32     Nicor Gas,
               Attn: Bankruptcy & Collections, PO Box 549, Aurora, IL 60507-0549
18248328     +E-mail/Text: rjm@ebn.phinsolutions.com Jun 02 2012 04:21:44      RJM Acquisitions LLC,
               575 Underhill Blvd., Ste 2, Syosset, NY 11791-4437
18248324     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 02 2012 04:30:30      Verizon Wireless,
               1515 Woodfield Rd., Suite 140, Scahaumberg, IL 60173-5443

```
District/off: 0752-1              User: mrahmoun               Page 2 of 3                Date Rcvd: Jun 01, 2012
                                  Form ID: pdf006              Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                        TOTAL: 11

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18248354*     +National Credit Solution,    P.O. Box 15779,    Oklahoma City, OK 73155-5779
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2012**                     **Signature:**          _Joseph Speetjens_

```
District/off: 0752-1           User: mrahmoun              Page 3 of 3                  Date Rcvd: Jun 01, 2012
                               Form ID: pdf006            Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2012 at the address(es) listed below:
          Chelsey R Robinson    on behalf of Debtor Bryant Hobbs chelseypa@aol.com
          Michael G Berland    einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                            TOTAL: 3