UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOBBS, BRYANT | § | Case No. 11-49934 |
| WELLS-HOBBS, MONIQUE | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:


Total Expenses of Administration:


3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MICHAEL G. BERLAND_____
                                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CarMax Auto Finance 2040 Thalbro St. Richmond, VA 23230 |  |  |  |  |  |
|  | Federal Credit Union 1 North Buchanan Gary, IN 60402 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer USA, Inc. Attn: Bankruptcy Department P.O. Box 560284 Dallas, TX 75356-0284 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section P.O. Box 643388 Chicago, IL 60664-0338 | | | | | |
| 5 | DEPARTMENT OF TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Revenue 101 W. 84th Drive, Ste. D Merrillville, IN 46410 | | | | | |
| | Arnold Harris/Harris & Harris 222 Merchandise Mart Plaza Suite 1900 Chicago, Illinois 60654 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arnold Harris/Harris & Harris 222 Merchandise Mart Plaza Suite 1900 Chicago, Illinois 60654 | | | | | |
| | CB USA INC 5252 S. Hohman Ave. Hammond, IN 46320 | | | | | |
| | CB USA INC 5252 S. Hohman Ave. Hammond, IN 46320 | | | | | |
| | Certegy Check Services, Inc. P.O. Box 30046 Tampa, FL 33630-3046 | | | | | |
| | Chase Mortgage 10790 Ranchero Berna San Diego, CA 92127 | | | | | |
| | Collection Services Inc/Global Pay 6215 W. Howard Street Niles, IL 60174 | | | | | |
| | Contract Callers, Inc. Attn: Bankruptcy & Collections 1058 Claussen Rd, Suite 110 Augusta, GA 30907 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Management LP 4200 International Pkwy Carrollton, TX 75007 | | | | | |
| | Credit Management LP 4200 International Pkwy Carrollton, TX 75007 | | | | | |
| | Custom Coll. Srvs. Inc. 55 E. 86th Ave. STE D Merrillville, IN 46410 | | | | | |
| | Dependon Collection 7627 Lake St Ste 210 River Forest, IL 60305-1878 | | | | | |
| | Dependon Collection 7627 Lake St Ste 210 River Forest, IL 60305-1878 | | | | | |
| | Enhanced Recovery Co. 8014 Bayberry Rd. Jacksonville, FL 32256 | | | | | |
| | Enhanced Recovery Co. 8014 Bayberry Rd. Jacksonville, FL 32256 | | | | | |
| | Enhanced Recovery Co. 8014 Bayberry Rd. Jacksonville, FL 32256 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fidelity Information C PO Box 49938 Los Angeles, CA 90049 | | | | | |
| | Greentree & Associates P.O. Box 3417 Escondido, CA 92033 | | | | | |
| | Helvey & Associates, Inc. 1029 E. Center Street Warsaw, IN 46580 | | | | | |
| | Helvey and Associates 1029 E. Center St. Warsaw, IN 46508 | | | | | |
| | IC Systems, Inc. P.O. Box 64378 St. Paul, MN 55164 | | | | | |
| | JB Robinson 375 Ghent Road Fairlawn, OH 44333 | | | | | |
| | Komyatte Assoc. 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Komyatte Assoc. 9650 Gordon Drive Highland, IN 46322 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Komyatte Assoc. 9650 Gordon Drive Highland, IN 46322 |  |  |  |  |  |
|  | Mansards 12304 Baltimore Ave. Ste E Beltsville, MD 20705 |  |  |  |  |  |
|  | Midland Credit Management 8875 Aero Dr. San Diego, CA 92123 |  |  |  |  |  |
|  | Midstate Collection P.O. Box 3292 Champaign, IL 61826 |  |  |  |  |  |
|  | MiraMed Global Services, Inc. Attn: Bankruptcy & Collections 255 West Michigan Avenue Jackson, MI 49201 |  |  |  |  |  |
|  | MiraMed Global Services, Inc. Attn: Bankruptcy & Collections 255 West Michigan Avenue Jackson, MI 49201 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MiraMed Global Services, Inc. Attn: Bankruptcy & Collections 255 West Michigan Avenue Jackson, MI 49201 | | | | | |
| | NCO FIN/09 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | NCO FIN/55 P.O. Box 13570 Philadelphia, PA 19101 | | | | | |
| | NCO FIN/55 P.O. Box 13570 Philadelphia, PA 19101 | | | | | |
| | NCO FIN/55 P.O. Box 13570 Philledelphia, PA 19101 | | | | | |
| | NICO FIN/55 P.O. Box 13570 Philadelphia, PA 19101 | | | | | |
| | National Credit Soluti P.O. Box 15779 Oklahoma City, OK 73155 | | | | | |
| | National Credit Solution P.O. Box 15779 Oklahoma City, OK 73155 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Credit Solution P.O. Box 15779 Oklahoma City, OK 73155 | | | | | |
| | Nicor Gas Attn: Bankruptcy & Collections PO Box 549 Aurora, IL 60507 | | | | | |
| | Portfolio Recvry & Affiliates 120 Corporate Blvd. Ste 1 Norfolk, VA 23502 | | | | | |
| | RJM Acquisitions LLC 575 Underhill Blvd. Ste 2 Syosset, NY 11791 | | | | | |
| | RJM Acquisitions LLC 575 Underhill Blvd. Ste 2 Syosset, NY 11791 | | | | | |
| | RJM Acquisitions LLC 575 Underhill Blvd. Ste 2 Syosset, NY 11791 | | | | | |
| | RJM Acquisitions LLC 575 Underhill Blvd. Ste 2 Syosset, NY 11791 | | | | | |
| | RJM Acquisitions LLC 575 Underhill Blvd. Ste 2 Syosset, NY 11791 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RJM Acquisitions LLC 575 Underhill Blvd. Ste 2 Syosset, NY 11791 | | | | | |
| | RMI/MCSI 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivables Performance 20816 44th Ave W Lynnwood, WA 98036 | | | | | |
| | Reliant Cap 750 Cross Pointe R Suite G Gahanna, OH 43230 | | | | | |
| | Sprint 404 Brock Dr. P.O. Box 3097 Bloomington, IL 61701 | | | | | |
| | State Collection Service 2509 S. Stoughton Rd. Madison, WI 53716 | | | | | |
| | Torres Credit 27 Fairview Carlisle, PA 17013 | | | | | |
| | Trident Asset Management 5755 Northpoint Pkwy Ste Alpharetta, GA 30022 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Trust Rec. Sv. 541 Otis Bowen Drive Munster, IN 46321 |  |  |  |  |  |
|  | Verizon Wireless 1515 Woodfield Rd. Suite 140 Scahaumberg, IL 60137 |  |  |  |  |  |
| 000001 | ATLAS ACQUISITIONS LLC (CITIBANK - |  |  |  |  |  |
| 000002 | DEPARTMENT OF THE TREASURY |  |  |  |  |  |
| 000004 | GERRY BUMMA |  |  |  |  |  |
| 000003 | ILLINOIS DEPARTMENT OF REVENUE |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-49934 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HOBBS, BRYANT | | | Date Filed (f) or Converted (c): | 12/13/11 (f) |
| | WELLS-HOBBS, MONIQUE | | | 341(a) Meeting Date: | 01/04/12 |
| For Period Ending: | 08/08/12 | | | Claims Bar Date: | 05/05/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Credit Union checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 2. Secuirty depost | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Household furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Mens's and owmens clothing | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Furs and wedding band | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. 2005 Chrysler | 7,330.00 | 0.00 | OA | 0.00 | FA |
| 7. 2007 BMW | 33,053.00 | 0.00 | DA | 0.00 | FA |
| 8. Lexus ES 350 | 16,205.00 | 0.00 | DA | 0.00 | FA |
| 9. Federal tax refund (u) | 0.00 | 0.00 | | 9,204.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $64,088.00   $0.00   $9,204.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

There was a non-exempt tax refund

Initial Projected Date of Final Report (TFR): 12/31/21     Current Projected Date of Final Report (TFR): 12/31/15

LFORM1     Ver: 16.06d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-49934 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | HOBBS, BRYANT | | Bank Name: | Congressional Bank |
| | WELLS-HOBBS, MONIQUE | | Account Number / CD #: | *******3916 Checking Account |
| Taxpayer ID No: | *******3601 | | | |
| For Period Ending: | 08/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/12 | 9 | United States Treasury | | 1224-000 | 9,204.00 | | 9,204.00 |
| 07/10/12 | 000101 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Expense | 2100-000 | | 1,670.40 | 7,533.60 |
| 07/10/12 | 000102 | Department Of Treasury<br>Internal Revenue Service | Claim 5, Payment 100.00000% | 5800-000 | | 4,854.82 | 2,678.78 |
| 07/10/12 | 000103 | Atlas Acquisitions LLC (Citibank - Citi-Sears)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 3.56801% | 7100-000 | | 222.67 | 2,456.11 |
| 07/10/12 | 000104 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philledalphoa, PA 19101-7346 | Claim 000002, Payment 3.56805% | 7100-000 | | 1,707.65 | 748.46 |
| 07/10/12 | 000105 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000003, Payment 3.56794% | 7100-000 | | 24.85 | 723.61 |
| 07/10/12 | 000106 | Gerry Bumma<br>Law Offices Of M.H. Cohon<br>P.O. Box 636<br>Morton Grove, IL 60053 | Claim 000004, Payment 3.56809% | 7100-000 | | 723.61 | 0.00 |
| | | | Page Subtotals | | 9,204.00 | 9,204.00 | |

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-49934 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | HOBBS, BRYANT | Bank Name: | Congressional Bank |
| | WELLS-HOBBS, MONIQUE | Account Number / CD #: | *******3916 Checking Account |
| Taxpayer ID No: | *******3601 | | |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,204.00 | 9,204.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,204.00 | 9,204.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,204.00 | 9,204.00 | |
| | | NET | ACCOUNT |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Checking Account - ********3916 | 9,204.00 | 9,204.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,204.00 | 9,204.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*